In the Matter of the Application of SADIE ZEITLEN, Residing at No. 383 Archer Street, Freeport, Long Island, and Others, for Permission to Resign as Executors and Trustees of the Estate of PHILIP ZEITLEN, Deceased, Late of Freeport, Nassau County, and the Judicial Settlement of Their Accounts as Such Executors and Trustees and for the Appointment of the Substituted Trustee as Their Successor. SADIE ZEITLEN, ANNA ROTHBLUM and ROSE ZEITLEN, Appellants; NATHAN HIMOWICH and SIGSBIE GUTTER, Respondents.— Decree of the Surrogate's Court

of Nassau county, dated July 17, 1928, the resettled, amended and supplemental decree of January 7, 1929, and the order of January 7, 1929, resettling decree, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.